UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 0:16-CV-62460-KMW

CLAUDE LEWIS,

        Plaintiff,

v.

ALLY FINANCIAL INC.,

_____/

## JOINT NOTICE OF PENDING SETTLEMENT

Plaintiff, CLAUDE LEWIS ("Plaintiff"), and Defendant, ALLY FINANCIAL INC. ("Defendant"), by and through their respective undersigned counsel, hereby notify the Court that the parties have reached a settlement in principal with regard to the instant lawsuit. The parties are in the process of drafting and finalizing the Settlement Agreement, and expect that a Notice of Voluntary Dismissal of the pending lawsuit will be filed within thirty (30) days.

Respectfully submitted this 28th day of February, 2017.

| | |
|---|---|
| **LOAN LAWYERS, LLC** | **TRIPP SCOTT, P.A.** |
| *Counsel for Plaintiff* | *Counsel for Defendant Ally Financial Inc.* |
| 2150 S. Andrews Ave., 2nd Floor | 110 S.E. 6th Street, 15th Floor |
| Ft. Lauderdale, FL 33316 | Fort Lauderdale, Florida 33301 |
| Telephone: (954) 523-4357 | Telephone: (954) 525-7500 |
| Facsimile: (954) 581-2786 | Facsimile: (954) 761-8475 |
| | |
| By: /s/ _____ | By: /s/ *Christina V. Paradowski* |
| **GEORGE ANDREWS** | **CHARLES M. TATELBAUM** |
| *Florida Bar No. 15885* | *Florida Bar No. 177450* |
| George@fight13.com | cmt@trippscott.com |
| | **CHRISTINA V. PARADOWSKI** |
| | *Florida Bar No. 0056708* |
| | cvp@trippscott.com |

1355888v1 941009.0054

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 28th, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which sent notification to all parties of interest on the attached list who are participating in the CM/ECF system, and by U.S. First Class mail to all other parties on the attached list.

/s/ *Christina V. Paradowski*
**CHRISTINA V. PARADOWSKI**
Florida Bar Number 0056708

1355888v1 941009.0054